## NATIONAL LABOR RELATIONS BOARD, Petitioner, v. FORD MOTOR COMPANY.

### No. 12110.

Circuit Court of Appeals, Eighth Circuit.

Sept. 11, 1941.

Robert B. Watts, Gen. Counsel, National Labor Relations Board, and Laurence A. Knapp, Associate Gen. Counsel, National Labor Relations Board, both of Washington, D. C., for petitioner.

Madden, Freeman & Madden, of Kansas City, Mo., and I. A. Capizzi, of Detroit, Mich., for respondent.

PER CURIAM.

Respondent ordered to cease and desist from doing certain things and to take cer-

tain affirmative action, on petition for enforcement and stipulation.